**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000137
12-JUN-2025
07:54 AM
Dkt. 19 OAWST**

NO. CAAP-25-0000137

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT OPPORTUNITIES TRUST VII-A,
Plaintiff/Counterclaim Defendant-Appellee, v.
BENJAMIN PREDPELSKI A/K/A BENJAMIN A. PREDPELSKI,
Defendant/Counterclaimant-Appellant, and
DOES 1 through 20, Inclusive

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000069)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the **Stipulation** for Dismissal of Appeal, filed May 27, 2025, by Defendant/Counterclaimant-Appellant Benjamin Predpelski, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 12, 2025

/s/Kathering G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge